# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mitchell, Suzanne | United States District Court, Western District of Oklahoma | 07/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

200 NW 4th Street
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | McAfee & Taft - Salary |
| 2. | 2014 | Legacy Financial Services Group - Partnership Income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | First Mortgage Company | Mortgage - Rental Property #1 (Part VII, Line 1) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   RENTAL PROPERTIES (H) | | | | | | | | | |
| 2.   Rental Property #1 - Cleveland County, Norman, OK | C | Rent | M | W | | | | | |
| 3.   Rental Property #2 - Oklahoma County, Oklahoma City, OK. See Part VIII | A | Rent | L | R | Buy | 03/31/14 | L | | |
| 4. | | | | | | | | | |
| 5.   CASH AND BONDS (H) | | | | | | | | | |
| 6.   UMB Accounts. See Part VIII. | A | Int./Div. | M | T | | | | | |
| 7.   UMB US Savings Bonds. See Part VIII. | D | Int./Div. | | | Redeemed | 05/01/14 | K | | |
| 8.   First American Bank CD. See Part VIII. | A | Int./Div. | J | T | | | | | |
| 9.   Allegiance Credit Union Account | A | Int./Div. | J | T | | | | | |
| 10.   Chase Accounts. See Part VIII. | A | Interest | K | T | | | | | |
| 11. | | | | | | | | | |
| 12.   RAYMOND JAMES ACCOUNTS (H) | | | | | | | | | |
| 13.   Raymond James #1 (H) | | | | | | | | | |
| 14.   First Trust Target DIVSD DVD 4Q | B | Dividend | K | T | | | | | |
| 15.   Invesco Mid Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 16.   Invesco Comstock Fund Class A M/F | A | Dividend | J | T | | | | | |
| 17.   Capital Income Builder Fund Class A American Funds M/F | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Growth & Income Fund Class A American FD M/F | A | Dividend | K | T | | | | | |
| 19. Investment Company of America Class A American Funds M/F | C | Dividend | K | T | | | | | |
| 20. Washington Mutual Investors Class A American Funds M/F | A | Dividend | J | T | | | | | |
| 21. Raymond James #2- UTMA (H) | | | | | | | | | |
| 22. Raymond James Bank Deposit Program | A | Int./Div. | | | Distributed | 1/15/14 | J | | |
| 23. | | | | | | | | | |
| 24. EDWARD JONES ACCOUNTS (H) | | | | | | | | | |
| 25. Edward Jones #1 (H) | | | | | | | | | |
| 26. Money Market | A | Interest | J | T | | | | | |
| 27. Walt Disney Company stock | A | Dividend | J | T | | | | | |
| 28. Edward Jones #2 (H) | | | | | | | | | |
| 29. Money Market | A | Interest | J | T | | | | | |
| 30. Oracle Corporation stock | A | Dividend | J | T | | | | | |
| 31. Edward Jones #3 (H) | | | | | | | | | |
| 32. Money Market. See Part VIII. | A | Interest | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. EDWARD JONES 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EDJ 529 College Savings Plan #1 (H). See Part VIII. | | | | | | | | | |
| 36. Capital Income Builder Fd | A | Int./Div. | J | T | | | | | |
| 37. Capital Wrld Growth and Income Fd | A | Int./Div. | J | T | | | | | |
| 38. Fundamental Investors Fd | A | Int./Div. | J | T | | | | | |
| 39. EDJ 529 College Savings Plan #2 (H). See Part VIII. | | | | | | | | | |
| 40. Cash | A | Interest | J | T | | | | | |
| 41. Capital Income Builder Fd | A | Int./Div. | J | T | | | | | |
| 42. EDJ 529 College Savings Plan #3 (H). See Part VIII. | | | | | | | | | |
| 43. Capital Income Builder Fd | A | Int./Div. | J | T | | | | | |
| 44. Capital Wrld Growth and Income Fd | A | Int./Div. | J | T | | | | | |
| 45. Fundamental Investors Fd | A | Int./Div. | J | T | Distributed (part) | 09/10/14 | J | A | |
| 46. | | | | | | | | | |
| 47. FULKERSON ▓▓▓ REVOCABLE TRUST (H)\ | | | | | | | | | |
| 48. Chevron Stock | A | Dividend | J | T | | | | | |
| 49. Real Estate Parcel #1, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 50. Real Estate Parcel #2 Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 51. Real Estate Parcel #3, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Estate Parcel #4, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 53. | | | | | | | | | |
| 54. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 55. Legacy Financial Services Group, LLC 0.71579% | D | Distribution | J | U | | | | | |
| 56. | | | | | | | | | |
| 57. ARNOLD & PORTER LLP PROFIT SHARING AND 401(K) PLAN (H) | | | | | | | | | |
| 58. T. Rowe Price Mid Cap Growth | B | Dividend | K | T | | | | | |
| 59. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 60. Vanguard Small Cap Index Inst | A | Dividend | | | Sold | 10/27/14 | J | A | |
| 61. JP Morgan Smart Retirement 2035 | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 62. | | | | | | | | | |
| 63. FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |
| 64. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 65. Fidelity Select Multimedia | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. MCAFEE & TAFT 401(K) (H) | | | | | | | | | |
| 68. SPTN 500 Index Adv. See VIII. | C | Int./Div. | M | T | Buy (add'l) | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 70. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 71. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 72. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 73. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 74. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 75. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 76. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 77. Fidelity Contrafund K. See VIII. | D | Int./Div. | M | T | Buy (add'l) | 01/31/14 | J | | |
| 78. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 79. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 80. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 81. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 82. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 83. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 84. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 85. | | | | | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Low Priced Stock K | D | Int./Div. | M | T | | | | | |
| 87. Fidelity Mid Cap Stock K | D | Int./Div. | M | T | | | | | |
| 88. American Century Small Cap Value I | D | Int./Div. | M | T | | | | | |
| 89. Fidelity Diversified International K | B | Int./Div. | K | T | | | | | |
| 90. | | | | | | | | | |
| 91. SCHWAB ROLLOVER IRA (H) | | | | | | | | | |
| 92. Pimco Fundamental Index Plus AR FD CL D. See Part VIII. | B | Int./Div. | K | T | | | | | |
| 93. Schwab Heatlhcare Fund. See Part VIII. | A | Int./Div. | | | Sold | 04/11/14 | J | B | |
| 94. Vulcan Value Partners Fund | B | Int./Div. | K | T | | | | | |
| 95. Dodge & Cox Stock Fund | A | Int./Div. | J | T | Buy | 04/11/14 | J | | |
| 96. | | | | | | | | | |
| 97. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 98. ETrade Account #1 (H) | | | | | | | | | |
| 99. Ford Motor Co | A | Int./Div. | J | T | | | | | |
| 100. Nuance Communications | A | Int./Div. | J | T | | | | | |
| 101. Powershares Exchange Traded Fund | A | Int./Div. | J | T | | | | | |
| 102. Oneok Partners LP | A | Int./Div. | J | T | Buy | 04/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   ETrade Account #2 (H) | | | | | | | | | |
| 104.   Coca Cola Bottling Co | A | Int./Div. | J | T | Buy | 03/20/14 | J | | |
| 105.   Schwab S&P 500 Fund | A | Int./Div. | J | T | Buy | 12/01/14 | J | | |
| 106.   Yahoo Inc | A | Int./Div. | | | Sold | 09/24/14 | J | A | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VII, LINE 3, RENTAL PROPERTY #2:
Property was purchased on 3/31/14 as part of the purchase of a principal residence.
Property is a separate, stand alone apartment that is rented out to third parties.
The cost of the rental property is based on a ratio of the square footage of the apartment to the combined square footage of the principal ▮▮▮▮ and apartment
 applied to the total actual purchase price.
The cost allocated to the rental property is $59,229.

ADDITIONAL INFORMATION REGARDING PART VII, LINES 6-8 AND LINE 10, CASH AND BONDS.
Line 6, UMB Accounts. These accounts were inadvertently omitted from Part VII in prior year. Disclosure should have been A, Int/Div, M, T.
Line 7, UMB Savings Bonds. These bonds were repoted in Part VII, Line 71 in prior year.
Line 8, First American Bank CD. This CD was inadvertently omitted from Part VII in prior year. Disclosure should have been A, Int/Div, J, T.
Line 10, Chase Accounts. These accounts were inadvertently omitted from Part VII in prior year. Disclosure should have been A, Interest, J, T.

ADDITIONAL INFORMATION REGARDING PART VII, LINE 32, MONEY MARKET:
This account was inadvertently omitted from Part VII, Investements and Trusts, in prior year.
Value of the account is the same as prior year.

ADDITIONAL INFORMATION REGARDING PART VII, LINES 35, 39, AND 42. EDWARD JONES 529 COLLEGE SAVINGS PLANS.
Line 35, Plan #1, was reported on Lines 55-57 in prior year.
Line 39, Plan #2, was reported on Line 60 in prior year.
Line 42, Plan #3, was reported on Lines 63-65 in prior year.
The prior year report included a fourth 529 Plan on Lines 82 - 86. This disclsoure was in error. The assets of the plan were distributed in or prior to 2013.

ADDITIONAL INFORMATION REGARDING PART VII, LINES 49-52, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK:
Parcels are owned through a ▮▮▮▮ revocable trust.
Parcel #1 was reported on Line 73 in prior year.
Parcel #2 was reported on Line 74 in prior year.
Parcels #3 and #4 were inadvertently omitted from Part VII, Investments and Trusts, in prior year.
Assessed value of Parcel 1, Part VII, Line 40 is $4,000.
Assessed value of Parcel 2, Part VII, Line 41 is $12,360.
Assessed value of Parcel 3, Part VII, Line 42 is $2,000.
Assessed value of Parcel 4, Part VII, Line 43 is $12,500.

ADDITIONAL INFORMATION REGARDING MCAFEE & TAFT 401(K), LINES 68-89.
Line 68 includes holdings from the same fund that were reported separately in prior year on Lines 33,35 and 40.
Line 77 includes holdings from the same fund that were reported separately in prior year on Lines34, 36 and 39,
Holdings reported on prior year Line 38 in Fidelity Mid Cap Value were inadvertently reported as holdings at 12/31/13. Holdings were sold during 2013 and the
 "sold" disclosure was inadvertently omitted.

ADDITIONAL INFORMATION REGARDING PART VII, LINES 82 AND 83, SCHWAB ROLLOVER IRA.
Line 92 includes holdings from the same fund that were reported separately in prior year on Lines 11 and 12.
Line 93 includes holdings that were reported on prior year Line 72.
Holdings from Pimco International Fund were inadvertently reported on prior year Line 8. These holdings were sold during 2013 and the "sold" disclosure was
 inadvertently omitted.

ADDITIONAL INFORMATION REGARDING ETRADE BROKERAGE ACCOUNT #1 ON PART VII, LINE 98.
This fund was called Brokerage Account #3 in prior year report and was included on prior year Part VII, Lines 77 - 80.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne Mitchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544